IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ETHEL FORD, | § | NO. 5:17-CV-259-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| JOSEPH, MANN & CREED, | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

ORDER REFERRING CASE TO MEDIATION

The parties in this case filed an Alternative Dispute Report, indicating their agreement to mediate this case with a United States Magistrate Judge sitting in the Western District of Texas, San Antonio Division.  (Dkt. # 11.)  Given the parties' willingness to mediate as indicated, the Court **ORDERS** the parties to mediate this case before U.S. Magistrate Judge Richard Farrer.

Counsel and parties shall proceed in a good faith effort to try to resolve this case.  Counsel shall confer with Magistrate Judge Farrer's chambers to find a suitable mediation date.  If no agreed date can be found, the mediator will select a date and the parties shall appear as directed by the mediator.

1

Following the mediation, the Court will be advised only that the case did or did not settle.  No other information will be transmitted to the Court by the mediator or any other party.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, October 18, 2017.

David Alan Ezra
Senior United States Distict Judge